

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-22-00332-CV

Bruce **WEBB**,
Appellant

v.

**GROSSPETER VIERTE VERMOEGENSVERWALTUNGS GMBH & CO. KG**, Horst
Grosspeter and Klaus Grospeter v. Helena Energy, LLC; Black Gold Operating Co. LLC; and
Bruce Webb,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 22-01-14102-DCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

In this accelerated appeal, appellant's brief originally was due on June 29, 2022.  On June 23, 2022, appellant filed an unopposed motion requesting an extension until July 19, 2022.  The motion is GRANTED, and appellant is ORDERED to file his brief **no later than July 19, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court